**United States District Court**
For the Northern District of California

1
2
3
4
5
6                            IN THE UNITED STATES DISTRICT COURT
7
                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
JAMES SEAN HALL,                              No. C 11-1889 WHA (PR)
10
                Petitioner,                   **ORDER OF TRANSFER**
11
        v.
12
MIKE MARTEL, Warden,
13
                Respondent.
14      _____/
15
16              Petitioner, a California prisoner proceeding pro se, filed this petition for a writ of habeas
17      corpus pursuant to 28 U.S.C. 2254 challenging the denial of parole.  Petitioner was convicted in
        Santa Barbara County Superior Court, and he is incarcerated at Chuckawalla Valley State
18      Prison, both of which lie within the venue of the Central District of California.  *See* 28 U.S.C. §
19      84.
20              Jurisdiction for habeas cases involving state prisoners is proper in either the district of
21      confinement or the district of conviction.  28 U.S.C. 2241(d).  Venue for petitions challenging a
22      conviction or sentence is preferable in the district of conviction.  *See Dannenberg v. Ingle*, 831
23      F. Supp. 767, 768 (N.D. Cal. 1993).  If the petition is directed to the manner in which a sentence
24      is being executed, for example if it involves parole or time credits claims, the district of
25      confinement is the preferable forum.  *See* Habeas L.R. 2254-3(b)(1); *Dunne v. Henman*, 875
26      F.2d 244, 249 (9th Cir. 1989).  Because petitioner was convicted and is incarcerated in the
27      Central District of California, jurisdiction and venue are in the Central District.  .
28              Therefore, pursuant to 28 U.S.C. 1404(a) and Habeas L.R. 2254-3(b), and in the

1   interests of justice, this petition is **TRANSFERRED** to the United States District Court for the

2   Central District of California.

3        The clerk shall transfer this matter forthwith.

4        **IT IS SO ORDERED.**

5

6   Dated: April __29__, 2011.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19   G:\PRO-SE\WHA\HC.11\Hall1889.TRN.wpd

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2